In the Matter of the Application of LEWIS ADELSON, Respondent and Appellant, to Fix and Determine the Lien · of EDWARD H. HAWKE, JR., an Attorney, Appellant and Respondent.

*Matter of Adelson*, 151 App. Div. 929, affirmed.
(Argued October 3, 1912; decided October 22, 1912.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the first judicial department,

entered June 12, 1912, which modified and affirmed as modified an order of Special Term fixing the amount of an attorney's lien.

*Abraham I. Spiro* for petitioner, respondent and appellant.

*Isadore M. Levy* for Edward H. Hawke, Jr., appellant and respondent.

Order affirmed, without costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.